UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -v.-                            :
                                        :   **07 CRIM 1075**
MIECZYSLAW BARTOSZEWICZ,                 :
 a/k/a "Magic,"                         :
                                        :
              Defendant.                :
                                        :
- - - - - - - - - - - - - - - - - - - -x


        The above-named defendant, who is accused of violating

Title 18, United States Code, Sections 2252A(a)(2)(B) and

2252A(a)(5)(B), being advised of the nature of the charge and of

his rights, hereby waives, in open Court, prosecution by indictment

and consents that the proceeding may be by information instead of

by indictment.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:    NOV 2 9 2007

_____
Defendant

_____
Witness   Ruth Kohn - interpreter

_____
Counsel for Defendant   Fiona Doherty


Date:       New York, New York
            November 29, 2007