**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :    NOTICE OF INTENT
    v.                              :    TO FILE AN INFORMATION
                                    :
MIECZYSLAW BARTOSZEWICZ,            :    07 CRIM 1075
                                    :
              Defendant.            :    JUDGE BATTS
                                    :
------------------------------------x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          November 26, 2007


                            MICHAEL J. GARCIA
                            United States Attorney


                    By:     _____
                            Michael M. Rosensaft
                            Assistant United States Attorney


                            AGREED AND CONSENTED TO:


                    By:     _____
                            Fiona Doherty, Esq.
                            Attorney for Mieczyslaw Bartoszewicz

[ELECTRONICALLY FILED 11/27/07]

11/27/07 WHEEL A

TOTAL P.02