UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INFORMATION

       -v.-                         :     07 Cr.

MIECZYSLAW BARTOSZEWICZ,           :
  a/k/a "Magic,"
                 Defendant.      :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 CRIM 1075

## COUNT ONE

The United States Attorney charges:

1. From on or about June 12, 2007 to on or about August 8, 2007, in the Southern District of New York and elsewhere, MIECZYSLAW BARTOSZEWICZ, a/k/a "Magic," the defendant, unlawfully, willfully, and knowingly did receive, distribute, attempt to receive, and attempt to distribute materials that contained child pornography and that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, BARTOSZEWICZ sent and received images of child pornography between his computer in New York, New York, to computers located outside of the state of New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO

The United States Attorney further charges:

2. On or about August 8, 2007, in the Southern

District of New York, MIECZYSLAW BARTOSZEWICZ, a/k/a "Magic," the defendant, unlawfully, willfully, and knowingly, did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, BARTOSZEWICZ possessed images of child pornography on a computer in Manhattan that he had received from computers located outside of the state of New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B)and (b)(2).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**MIECZYSLAW BARTOSZEWICZ,**

**Defendant.**

---

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 22852A(a)(2)(B),
(a)(5)(B))

 

 

<u>MICHAEL J. GARCIA</u>
United States Attorney.

---