MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 12 2007



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 30, 2007

RECEIVED
DEC 3 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re:  United States v. Bartoszewicz, 07 Cr. 1075

Dear Judge Batts:

    The above-referenced defendant waived indictment on November 29, 2007 before Magistrate Judge Gorenstein, and an initial conference before Your Honor has been scheduled for January 14, 2008, at 10:30 a.m. The Government respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until January 14, 2008, so that the Government can provide and defense counsel can review discovery in this matter, and so that the parties can discuss a possible disposition in this case.

*DAB/ GRANTED 12/11/07*

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: *Michael M. Rosensaft*
    Michael M. Rosensaft
    Assistant U.S. Attorney
    (212) 637-2366

SO ORDERED:
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:  Fiona Doherty, Esq.
     Attorney for Defendant