Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Jan 9, 2008

January 8, 2008




**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

**Re:** **United States v. Mieczyslaw Bartoszewicz**
**07 Cr. 1075 (DAB)**

Dear Judge Batts:

I write on behalf of my client, Mieczyslaw Bartoszewicz, to respectfully request a 30-day adjournment of the upcoming status conference in his case. The conference is currently scheduled for Monday, January 14, 2008 at 10:30 a.m. I am requesting the adjournment, because the parties need additional time to conduct plea negotiations in Mr. Bartoszewicz's case. I have conferred with Assistant United States Attorney Michael Rosensaft, who consents to an adjournment for this purpose. There have been no previous requests for an adjournment. The parties request an exclusion of time under the Speedy Trial Act until the date of the next conference, so that they can continue their discussions regarding a possible disposition.

/DAB/ GRANTED Jan 9, 2008

Respectfully submitted,

Fiona Doherty

Fiona Doherty
Attorney for **Mieczyslaw Bartoszewicz**
Tel: (212) 417-8734

This matter is now scheduled for a status conference on February 25, 2008 at 11:00 AM. Time under the Speedy Trial Act is excluded in the interests of justice.

cc: Michael Rosensaft, Esq.
Assistant United States Attorney (by hand)

MEMO ENDORSED

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE