# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC
DOCU...
ELECT...   FILED
DOC #:
DATE FI... May 1, 2008

April 30, 2008

**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    <u>United States v. Mieczyslaw Bartoszewicz</u>
           07 Cr. 1075 (DAB)

Dear Judge Batts:

     I write on behalf of my client, Mieczyslaw Bartoszewicz, to respectfully <u>request a two-week adjournment of the upcoming status conference in his case.</u> The conference is currently scheduled for Tuesday, May 6, 2008 at 4:30 p.m. I am requesting the adjournment, because the parties are close to reaching a disposition, but need some additional time to conduct plea negotiations. I have conferred with Assistant United States Attorney Michael Rosensaft, who consents to an adjournment for this purpose. There have been no previous requests for an adjournment of this conference. The parties <u>request an exclusion of time under the Speedy Trial Act until the date of the next conference,</u> so that they can continue their discussions regarding a disposition.

/DAB/ Granted 05/01/08

/DAB/ Granted 05/01/08

*[Handwritten: The conference is adjourned until May 19, 2008 at 10:30 AM. Time is excluded in the interests of justice.]*

Respectfully submitted,

Fiona Doherty

Fiona Doherty
Attorney for **Mieczyslaw Bartoszewicz**
Tel: (212) 417-8734

cc:   Michael Rosensaft, Esq.
       Assistant United States Attorney (by hand)

**SO ORDERED**

Deborah A. Batts

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*[MEMO ENDORSED stamp]*