

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2008



RECEIVED MAY 2 3 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

MEMO ENDORSED

**BY HAND**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

    Re:  <u>United States v. Bartoszewicz</u>, 07 Cr. 1075

Dear Judge Batts:

    A conference was scheduled before Your Honor on May 19, 2008 in the above-referenced case, but before that conference occurred, both parties informed the Court that they had reached a tentative plea agreement and a date for the plea allocution was set for July 14, 2008. The Government respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter until July 14, 2008, so that the parties can finalize their plea agreement and prepare for the change in plea hearing on July 14, 2008 before Your Honor.

/DAB/ Granted 05/23/2008

                                  Respectfully submitted,

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

                                  MICHAEL J. GARCIA
                                  United States Attorney

                       By:   _____
                                  Michael M. Rosensaft
                                  Assistant U.S. Attorney
                                  (212) 637-2366

cc:      Fiona Doherty, Esq.